JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAHENA, | Case No: 2:20-cv-04391-ADS |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 02/27/2021          /s/ Autumn D. Spaeth

THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

-1-