THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
ALEXIS M. LELAND (State Bar No: 223729)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Telephone: (510) 970-4824
        Facsimile: (415) 744-0134
        Email: Inseon.Jeong@ssa.gov
        Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAHENA, | Case No. CV 20-04391-ADS |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND NINE HUNDRED DOLLARS [$3,900.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: May 12, 2021             /s/ Autumn D. Spaeth
                                 HONORABLE AUTUMN D. SPAETH
                                 UNITED STATES MAGISTRATE JUDGE